# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MICHAEL J. CAPALDI
0730/84
215 Rutland Street
Cranston, RI

(Name and Address of Defendant)

Contact Pre-Trial Services prior to hearing 752-7300

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: cr05-40-02S

RECEIVED
APR 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time<br>Friday, June 10, 2005 at 10:00 a.m. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 371; 2113(a) and 2

Brief description of offense:
Conspiracy to Commit Bank Robbery and Bank Robbery

Martha Saucier
Signature of Issuing Officer

April 12, 2005
Date

Martha Saucier/ Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date June 10, 2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: ______________________

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on June 10, 2005
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

Cancelled by Court.

2005 JUN 10 P 4:24

FILED