AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

APPEARANCE

v.

Michael J. Capaldi

CASE NUMBER: CR 05-0040-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Capaldi

I certify that I am admitted to practice in this court.

6/16/05
*Date*

*Signature*

Nathan B. Smith #4100
*Print Name* *Bar Number*

1006 Westminster St.
*Address*

Prov. RI 02909
*City* *State* *Zip Code*

401 453-0700 401 454-5557
*Phone Number* *Fax Number*

This form was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher