# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**June 17, 2005**

**CR 05-40-02S**

**TITLE: USA v. MICHAEL J. CAPALDI**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: James Leavey**

**Defendant: Matthew Smith**

**Probation: Heather McLoughlin**

**************************************************************************

**Arraignment**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of charge. Court enters plea of not guilty on behalf of the defendant. Court enters an arraignment order. Court orders defendant released on $100,000.00 secured bond to be posted by 9:30 a.m. June 23, 2005.**