AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

V.

MICHAEL J. CAPALDI

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 05-40-02S

RECEIVED
JUN 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

(Name and Address of Defendant)

MICHAEL J. CAPALDI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: David L. Martin, United States Magistrate Judge | Date and Time<br>Thursday, June 16, 2005 at 3:00 P.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 371; 2113(a) and 2

Brief description of offense:

Conspiracy to Commit Bank Robbery and Bank Robbery

Signature of Issuing Officer

June 10, 2005

Date

Martha Saucier

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.