AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Michael Capaldi

APPEARANCE

CASE NUMBER: CR 05-40 02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Michael Capaldi

I certify that I am admitted to practice in this court.

7/13/05
Date

Signature

John M. Verdecchia 3374
Print Name Bar Number

1206 Westminster St.
Address

Prov. RI 02909
City State Zip Code

453-0700 454-5557
Phone Number Fax Number

was electronically produced by John Eckells and Richard Jones using Omniform Internet Publisher.