# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**July 13, 2005**

**CR 05-40-02S**

**TITLE: USA v. MICHAEL CAPALDI**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: James Leavey**

**Defendant: John Verdecchia**

**Probation: Brian Pletcher**

*******************************************************************************

**Pre-Sentence Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of violations. Court questions defendant. Court informs defendant of his rights. Defendant admits to the violation. Government requests detention. Defendant argues for inpatient drug treatment. Defendant addresses the Court. Court finds the defendant in violation of pre-sentence probation release. Court orders defendant to participate in and inpatient drug treatment program. Defendant is not to leave the grounds of the treatment facility with prior permission of the treatment facility and the US Probation department.**