AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

RECEIVED
JUL 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

UNITED STATES OF AMERICA

v.

MICHAEL J. CAPALDI

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 05-40-02S

(Name and Address of Defendant)
MICHAEL J. CAPALDI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom 1 |
| Before: Magistrate Judge David L. Martin | Date and Time: Wednesday, July 13, 2005 at 11:30 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3154(5)

Brief description of offense:
Vioaltion of Pre-Trial Services Release

[signature]
Signature of Issuing Officer

July 12, 2005
Date

Martha Saucier/ Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 7/13/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Courthouse

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/13/05
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

FILED
2005 JUL 14 P 3:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND