**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No.: 05-40-02S**

**MICHAEL CAPALDLI**

## MOTION FOR A CONTINUANCE

Now comes the Defendant, Michael Capaldi, in the above-captioned matter, by and through his attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court continue the Pre-Trial Conference currently scheduled for July 27, 2005 before this Honorable Court.

As grounds for this Motion your Defendant sets forth the following:

1. This matter is currently scheduled for Jury Empanelment on August 2, 2005 before this Honorable Court;

2. The undersigned has to date received full discovery in this matter and discussed and analyzed the discovery and related information provided by the Government with the Defendant in order to properly ascertain whether a trial or plea is the appropriate course of action for the Defendant.

3. As outlined by Defendant's counsel in open court, the Defendant is currently in an in-patient residential drug treatment facility in Plymouth, Massachusetts. The Defendant was placed in the in-patient drug treatment facility by the United States Probation Office. Defendant's Counsel requires additional time to receive permission from the United States Probation Office to arrange a meeting with the Defendant to discuss the Plea Agreement proffered by the Government.

4. The additional time requested by the Defendant shall be deemed excludable for purposes of the Speedy Trial Act.

WHEREFORE, your Defendant respectfully requests that this Honorable Court continue the Jury Empanelment currently scheduled for August 2, 2005 and grant such other and further relief as may be deemed just and proper.

Respectfully submitted,
Michael Capaldi,
By and through his Attorney,

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

**CERTIFICATION**

I, the undersigned hereby certify that I faxed a true copy of the within Motion for a Continuance to James H. Leavey, A.U.S.A., US Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 19th day of July, 2005.