UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Criminal No.: 05-40-02S

v.

MICHAEL CAPALDLI

**MOTION FOR A CONTINUANCE**

Now comes the Defendant, Michael Capaldi, in the above-captioned matter, by and through his attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court continue the Call of the Calendar and Final Pre-Trial Conference currently scheduled for August 23, 2005 and August 26, 2005 before this Honorable Court.

As grounds for this Motion your Defendant sets forth the following:

1. This matter is currently scheduled for Jury Empanelment on August 31, 2005 before this Honorable Court;

2. Defendant's counsel is court excused for purposes of Military Leave and vacation from August 15, 2005 through and including September 1, 2005.

3. The additional time requested by the Defendant shall be deemed excludable for purposes of the Speedy Trial Act.

WHEREFORE, your Defendant respectfully requests that this Honorable Court scheduled this matter for the October, 2005 Call of the Calendar and grant such other and further relief as may be deemed just and proper.

Respectfully submitted,
Michael Capaldi,
By and through his Attorney,

/s/

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

**CERTIFICATION**

I, the undersigned hereby certify that I mailed/faxed a true copy of the within Motion for a Continuance to James H. Leavey, A.U.S.A., US Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 17th day of August, 2005.