**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No.: 05-40-02S**

**MICHAEL CAPALDI**

**MOTION TO REMOVE LIEN**

Now comes the Defendant, Michael Capaldi, in the above-captioned matter, by and through his attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court issue an order removing the lien in the amount of One Hundred Thousand ($100,000.00) Dollars placed upon the home of the Defendant's parents located at 215 Rutland Street, Cranston, Rhode Island 02920.

As grounds for this Motion your Defendant sets forth the following:

1. The Defendant appeared before and was sentenced by the Honorable Court in January of 2006. The Defendant is currently serving the sentence imposed by the Honorable Court. The Defendant did not appeal the sentence imposed by the Honorable Court.

2. Therefore, the Defendant respectfully contends there is no further need for the Government to maintain the lien for purposes of a bond to secure the Defendant's presence before the Honorable Court.

3. The Government (A.U.S.A. Michael P. Iannotti) does not object to the Motion.

WHEREFORE, your Defendant respectfully requests that this Honorable Court remove the lien placed on the home of the parents of the Defendant located at 215 Rutland Street, Cranston, Rhode Island, 02920.

Respectfully submitted,
Michael Capaldi,
By and through his Attorney,

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

**CERTIFICATION**

I, the undersigned hereby certify that I mailed a true copy of the within Motion to Michael P. Iannotti, A.U.S.A., US Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 21st day of February, 2006.