**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**v.** **Criminal No.: 05-40-0[illegible]**

**MICHAEL CAPALDI**

**<u>MOTION TO REMOVE LIEN</u>**

Now comes the Defendant, Michael Capaldi, in the above-captioned matter, by and through his attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court issue an order removing the lien in the amount of One Hundred Thousand ($100,000.00) Dollars placed upon the home of the Defendant's parents located at 215 Rutland Street, Cranston, Rhode Island 02920.

As grounds for this Motion your Defendant sets forth the following:

1. The Defendant appeared before and was sentenced by the Honorable Court in January of 2006. The Defendant is currently serving the sentence imposed by the Honorable Court. The Defendant did not appeal the sentence imposed by the Honorable Court.

2. Therefore, the Defendant respectfully contends there is no further need for the Government to maintain the lien for purposes of a bond to secure the Defendant's presence before the Honorable Court.

3. The Government (A.U.S.A. Michael P. Iannotti) does not object to the Motion.

GRANTED.

David L. Martin
David L. Martin
United States Magistrate Judge
February 28, 2006

Referred to U.S.M.J. Martin
Date 2/23/06

RECEIVED
FEB 2 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAN