IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-05-040S |
| | : | |
| MICHAEL CAPALDI | : | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO REMOVE LIEN**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises the Court that it has no objection to defendant's Motion to Remove Lien in the amount of One Hundred Thousand ($100,000.00) Dollars placed upon the home of Defendant's parents located at 215 Rutland Street, Cranston, Rhode Island 02920.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of February, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion to Remove Lien to the following:

Matthew B. Smith, Esquire
1206 Westminster Street
Providence, RI 02909

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903